IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEBRA A. BAGWELL, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL NO. 08-597-GPM |
| RICHLAND MANUFACTURING, and EAGLE WINGS INDUSTRIES, INC., | ) |
| Defendants. | ) |

# JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge G. Patrick Murphy presiding, and the parties have advised that the action has been settled in its entirety.

**IT IS ORDERED** that this action is **DISMISSED with prejudice**. The parties shall bear their own costs.

**DATED**: 6/23/09

JUSTINE FLANAGAN, ACTING CLERK

By: s/ Linda M. McGovern
Deputy Clerk

APPROVED: s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge